UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | November 13, 2019 |
| Bankruptcy Case No. | 15 B 12654 | Adversary No. | |
| Title of Case | Bruce K Propst | | |
| Brief Statement of Motion | Debtor's Motion To Reopen | | |
| Names and Addresses of moving counsel | | | |
| Representing | | | |

## ORDER

Per Local Rule 9013-1(G), Denied Without Prejudice And Without Hearing For Failure To Comply With Local Rule 9013-1 By (1) Failing To Include A Fillable Order In Compliance With The Court's Administrative Procedures, (2) Failing To Double-Space The Motion Under Local Rule 5005-3, And (3) Failing To File A Certificate Of Service As Required By Local Rule 9013-1.

*/s/ Timothy A. Barnes* AM