UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Bruce K Propst<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-12654<br><br>Chapter:  7<br>Honorable Timothy A. Barnes |

**ORDER DENYING MOTION**

The Motion [Dkt. No. 21] fails to comply with Rule 9013-1(C)(5) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Illinois by failing to comply with the fillable order requirement set forth in II.E.2 of the Administrative Procedures for the Case Management/Electronic Case Filing System of the United States Bankruptcy Court for the Northern District of Illinois and as published at http://www.ilnb.uscourts.gov/forms/fillable-form-order-information and fails to comply with Rule 5005-3(C)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Illinois.  Pursuant to Local Rule 9013-1(G), the Motion is denied without prejudice and without hearing.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:   10 DEC 2019