IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  
    Bruce K. Propst

Case No. 15 12654

Judge Barnes

# MOTION TO AVOID LIEN

Now here comes Bruce Propst through his attorney Phil Maksymonko who pray that the court allow the Debtor Propst to avoid a Lien. In support hereof the following is stated:

1. That Creditor Clark had a Lien placed on the Liberty Street property in Elk Grove Village owned by Debtor as his primary Home.

2. That Debtor and his Counsel have attempted without success to convice Creditor to remove the Lien.

3. That creditor and his counsel have refused to release the Lien even though the under lying debt was discharged in the Bankruptcy.

4. That the refusal undermines the concept of Bankruptcy because the refusal to release the Lien is another attempt to collect a discharged debt.

5. That there was little if any equity in the property at the time the Bankruptcy was filed and discharged; the same holding true today.

WHEREFORE, Debtor prays that this Honorable court will enter an order to avoid the Lien and force the creditor to have the Lien removed from the property.

_____  
Philip F. Maksymonko

1

Phil Maksymonko
109 North Main Street
Algonquin, IL 60102
(708) 658-7711
(708) 658-6115 Fax