IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  |  Case No. 15 B 12654

Bruce K. Propst

Judge Barnes

# MEMORANDUM

This matter having come before the Court on motion of the Debtor, the Debtor states the following:

That this case revolves around the property owned by the Debtor on Liberty Street located in Elk Grove Village and is his primary residence. That this property is worth around $450,000 and is mortgaged to about $305,000. That he and his Wife are the owners and have a homestead exemption of $30,000. This leaves no equity when one takes into account to cost of a sale. The Lien placed on this property is based on a Debt that was discharged in the Bankruptcy, however Creditor refuses to remove the Lien although the underlying Debt has been discharged.

_____

Phil Maksymonko attorney for Debtor

**Phil Maksymonko**
109 North Main Street
Algonquin, IL 60102
(708) 658-7711
(708) 658-6115 Fax