**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN THE CHAPTER 7 MATTER OF** ) | **CASE NO. 15-12654** |
| ) | |
| **BRUCE PROPST** ) | **CHAPTER 7** |
| ) | |
| **Debtor.** ) | **JUDGE TIMOTHY A. BARNES** |

**NOTICE OF HEARING**

TO:   Clerk of the U.S. Bankruptcy Court, 219 S. Dearborn St., Chicago, IL 60604
US Trustee, 219 S. Dearborn Street, Room 873, Chicago, IL 60604
Trustee, R. Scott Alterda, Nixon Peabody LLP, 70 W. Madison St, Suite 350,
Chicago, IL 60602
Phil Maksymonko, 109 North Main Street, Algonquin, IL 60102
Bruce Propst, 1892 Liberty Court, Elk Grove Village, IL 60007

**PLEASE TAKE NOTICE** that on the 8TH day of January, 2020 at 10:00 a.m., I shall appear before the Honorable Timothy A. Barnes, 219 South Dearborn Street, Courtroom 744, Chicago, IL 60604 and present the attached **MOTION TO VACATE** at which time you may appear if you so desire.

**ROBERT S. CLARK**

By:   */s/ Jeffrey A. Meyer*
One of his Attorneys

**PROOF OF SERVICE**

**STATE OF ILLINOIS**    )
) **ss**
**COUNTY OF DEKALB**    )

The undersigned, being first duly sworn on oath depose and state that I served the above and foregoing Notice upon the above named by addressed as aforesaid and placing same in the U.S. Mail, postage prepaid on the 27th day of December, 2019, before the hour of 5:00 p.m. at Sycamore, Illinois 60178.

*/s/ Vicki Maurer*

Subscribed and sworn to before me
this 27TH day of December, 2019.
  */s/ Jeffrey A. Meyer*
Notary Public

Prepared by:
**Jeffrey A. Meyer #06293377**
Klein, Stoddard, Buck & Lewis, LLC
2045 Aberdeen Court, Sycamore, IL 60178
815-748-0380

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-12654 |
| | ) | |
| **BRUCE PROPST** | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE TIMOTHY A BARNES |

### MOTION TO VACATE

NOW COMES Creditor, Robert S. Clark, by and through his/its attorneys, KLEIN, STODDARD, BUCK & LEWIS, LLC, and for its Motion to Reconsider pursuant to Bankruptcy Rule 9013 and FRCP 12(6)(6), respectfully requests this Court to Reconsider its ruling of December 18, 2019 and in support hereof states as follows:

1. On June 27, 2013, Creditor Clark filed a Complaint in DeKalb County, Illinois, Case No. 13 L 66.

2. On September 24, 2014, Creditor, Robert S. Clark, obtained a Judgment in said DeKalb County, Illinois Case No. 13 L 66.

3. On October 3, 2014, Creditor, Robert S. Clark, filed a Memorandum of Judgment in Cook County, Illinois, Document No. 1427622104, in the amount of $83,832.70 plus costs and fees and interest. A copy of said Memorandum of Judgment is attached as Exhibit A.

4. On April 9, 2015 debtor, Bruce Propst, filed a Chapter 7 Bankruptcy.

5. On July 31, 2015, this Court closed said case

6. On November 5, 2019, Debtor filed a Motion to Reopen said case. Debtor provided no notice of the Motion to any creditors, including Robert S. Clark.

7. On November 13, 2019, this Court entered an Order denying the Motion to Reopen.

8. On December 5, 2019, Debtor, filed another Motion to Reopen this case. Once again, no notice was issued

9. On December 10, 2019, this Court denied Debtor's second Motion to Reopen.

10. On December 12, 2019 Debtor filed a third Motion to Reopen Chapter 7 Case and a Motion to Avoid Lien.

11. The Motion to Avoid Lien cities no legal basis nor any factual basis beyond a wholly conclusory allegation; that there was "little if any equity in the property at the time the Bankruptcy was filed and discharged; the same holding true today."

12. On December 16, 2019, attorney for Creditor Clark, Jeffrey A. Meyer, was notified by Attorney Maksymonko that he had filed the third Motion to Reopen and Motion to Avoid Lien.

13. On December 16, 2019, Creditor Clark's attorney, Jeffrey A. Meyer contacted Court Solutions LLC to obtain access for a "Live" telephonic appearance and was granted said access by the Judge for the hearing on December 18, 2019. A copy of said request is attached as Exhibit B.

14. On December 18, 2019 Attorney Meyer called in at the scheduled time and was unable to talk and could only listen to the proceedings regarding the Debtor's motions.

15. On December 18, 2019 this Court entered an Order granting the Debtor's Motions to Avoid the Lien of Creditor Clark.

16. Upon completion of the Court hearing on December 18, 2019, Attorney Meyer contacted Court Solutions LLC and was told that the Court had switched the "Live" capability to "Listen Only" without Attorney Meyer's prior knowledge.

WHEREFORE, Creditor Clark, respectfully requests this Court enter an order affording the following relief:

A. Vacating December 18, 2019 Order granting Debtor's Motions to Reopen and to Avoid Lien;

B. Striking or denying the Debtor's Motion to Avoid Lien; and;

C. Granting such other relief this Court deems just.

Robert S. Clark, Creditor

By:    */s/ Jeffrey A. Meyer*
Attorney at Law

Jeffrey A. Meyer #06293377
KLEIN, STODDARD, BUCK & LEWIS, LLC
2045 Aberdeen Ct., Suite A
Sycamore, IL 60178
(815) 748-0380 – phone
(815) 748-4030 – fax
jmeyer@kleinstoddard.com