# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Timothy A. Barnes

**Hearing Date** March 23, 2020

**Bankruptcy Case No.** 15 B 12654

**Adversary No.**

**Title of Case** Bruce K Propst

**Brief Statement of Motion** Debtor's Motion To Avoid Lien

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated in open court, motion is denied and case shall be closed.

*[signature]* AM